UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 03-553 (JLL)

v. :

RAYMOND RAIANI : ORDER

This matter having come before the Court on the motion of defendant Raymond Raiani (appearing pro se), for an order terminating early his supervised release; and the United States of America (Ralph J. Marra, Jr., Acting United States Attorney, by Marc Larkins, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and the Court having found that and for good cause shown,

It is on this 14th day of July, 2009,

ORDERED that defendant Raiani's motion to terminate early his supervised release be denied.

_____
HON. JOSE L. LINARES
United States District Judge